IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANA EICHER,

    Plaintiff,

v.                                                                            Civ. No. 09-1111 RB/RLP

ARLENE HICKSON, Warden, *et al.*,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Objections [Doc. 24] to the Magistrate Judge's Report & Recommendation [Doc. 23]. The objections were due May 9, 2010 (14 days from entry of the Report & Recommendation and three days for mailing). Plaintiff did not file her objections until May 11, 2001. Nevertheless, a *de novo* review of the record indicates that Plaintiff's claims are without merit and the Court will adopt the Magistrate Judge's Report & Recommendation.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report & Recommendation is adopted by the Court and this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                            Robert C. Brack
                                                           United States District Judge